**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6611**

───────────

JESSIE TRAYLOR, and the prisoners of Estill,

       Plaintiff - Appellant,

     v.

WARDEN   MACKLENBERG, F.C.I. Marianna; WARDEN KNIGHT, F.C.I.
Estill; FORSYTH, Camp Administrator Estill; J. A. KELLER, Region Director,

       Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Rock
Hill.  Bruce H. Hendricks, District Judge.  (0:21-cv-00798-BHH)

───────────

Submitted:  October 25, 2022             Decided:  November 22, 2022

───────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit
Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jessie Traylor, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Traylor appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Traylor's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), based on his failure to serve process. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Traylor v. Macklenberg*, No. 0:21-cv-00798-BHH (D.S.C. Apr. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
